UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
Jonathan Vasquez,

Plaintiff, Case No. 26-CV-02566 (JGLC)

-against- **JUDGMENT**

783 Palisade Pizza & Pasta, Corp., Zef Vushaj, an individual, and Kristina Vushaj, an individual,

Defendants.
----------------------------------------------------------------------X

WHEREAS Defendants 783 PALISADE PIZZA & PASTA, CORP., ZEF VUSHAJ, an individual, and KRISTINA VUSHAJ, an individual, by their counsel, SPIRE LAW, PLLC, having offered, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, to allow judgment in favor of Plaintiff to be taken against them in the amount of $20,000.00, including costs, disbursements, and attorneys' fees for Plaintiff's claims; the offer of judgment being made for purposes specified in Rule 68; Plaintiff, through RAYMOND NARDO, P.C., having accepted and provided notice that he has accepted Defendants' Offer of Judgment, dated August 7, 2026, and the matter having come before this Court, the Court now renders it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 68, and there being no just reason for delay, the Clerk shall enter judgment in the amount of $20,000 jointly and severally against Defendants, including costs, disbursements, and attorneys' fees, to be delivered to Raymond Nardo, P.C., 55 Jericho Tpke., Suite 205, Jericho, NY 11753, after which time Plaintiff shall file a satisfaction of judgment.

Accordingly, judgment is entered against the above Defendants and the case is closed against the above Defendants.

SO ORDERED.

Jessica Clarke

Dated: August 12, 2026
White Plains, New York

JESSICA G. L. CLARKE
United States District Judge